UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 14-12633-EE
L. T. CASE NO. 13-21408-CIV-WILLIAMS

CMG CONDO FUND LLC,

    Appellant/Plaintiff,

v.

SHAUN DONOVAN, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, KENDALL LAKE TOWERS CONDOMINIUM ASSOCIATION, INC, and UNIVERSAL PROPERTY MANAGEMENT & CONSULTANTS, INC.,

    Appellees/Defendants.
_____/

## APPELLANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Alberto N. Moris, Esq.

Alberto N. Moris, P.A.

Ross D. Kulberg, Esq.

CMG CONDO FUND LLC

Honorable Judge Kathleen M. Williams

Honorable Judge Antonio Arzola

Carlos Javier Raurell, Esq.

Kathleen Mary Salyer, Esq.

Bank of America, N.A.

Universal Property Management and Consultants, Inc.

Kendall Lake Towers Condominium Association, Inc.

Cuevas & Associates, P.A.

Jose H. Garcia, Esq.

Andrew Cueva, Esq.

Marta Bascoy

Steven M. Davis, Esq.

Alan Becker, Esq.

Becker & Poliakoff, PA

Wifredo A. Ferrer

Oslaine Cano Munoz

**Dated**: July 2, 2014.

Respectfully submitted,

/s/Ross D. Kulberg
ROSS D. KULBERG
FBN: 44398
ALBERTO N. MORIS
FBN: 893341
service@anmpa.com
**MORIS & ASSOCIATES**
3650 NW 82nd Avenue, Suite 401
Doral, Florida 33166
Telephone No: (305) 559-1600
Facsimile No: (305) 229-2272
*Attorneys for Appellant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2014, this Certificate was served upon: Carlos Raurell, Assistant United States Attorney, and Kathleen M. Salyer, Chief Appellate Division, United States Attorney's Office, 99 NE 4th Avenue, Suite 300, Miami, Florida 33132; Telephone: (305) 961-9005; and filed via CM/ECF.

/s/Ross D. Kulberg